```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
              :
ANDREW TORO, on behalf of himself and all others  :
similarly situated,                            :
              :     1:23-cv-1714-GHW
         Plaintiff,  :
              :     <u>ORDER</u>
   -against-  :
              :
MY BAIT SHOP, LLC,  :
              :
         Defendant.  :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As discussed during the teleconference held on May 10, 2023, the deadline for Defendant to file and serve its motion to dismiss is June 30, 2023. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within one week after service of Plaintiff's opposition.

      SO ORDERED.

Dated: May 11, 2023
New York, New York

                                       _____
                                           GREGORY H. WOODS
                                         United States District Judge